NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
### DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

EDWARD FAYE PARKS, *Petitioner*.

No. 1 CA-CR 20-0052 PRPC
FILED 8-27-2020

Appeal from the Superior Court in Mohave County
No. S8015CR201100853
The Honorable Richard D. Lambert, Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Edward Faye Parks, Tucson
*Petitioner*

Mohave County Attorney's Office, Kingman
By Matthew J. Smith
*Counsel for Respondent*

**MEMORANDUM DECISION**

Presiding Judge Samuel A. Thumma, Judge D. Steven Williams and Judge David D. Weinzweig delivered the decision of the Court.

**PER CURIAM**:

**¶1**     Petitioner Edward Faye Parks seeks review of the superior court's order denying his petition for post-conviction relief, filed pursuant to Arizona Rule of Criminal Procedure 32.1.   This is petitioner's sixth petition.

**¶2**     Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19 (2012).  It is petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief.  *See State v. Poblete*, 227 Ariz. 537, 538, ¶ 1 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

**¶3**     We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review.  Petitioner has not established an abuse of discretion.

**¶4**     For the foregoing reasons, we grant review but deny relief.



AMY M. WOOD • Clerk of the Court
FILED:    AA